UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                    Case No.: 11-05341-3F7
ELLIS, JAMES T.,
ELLIS, CHERYL R.,
            Debtors.

## AMENDED NOTICE OF PRELIMINARY HEARING ON TRUSTEE'S MOTION FOR TURNOVER

**NOTICE IS GIVEN** that a preliminary hearing in this case will be held in Courtroom 4D, U.S. Courthouse, 300 North Hogan Street, 4th Floor, Jacksonville, Florida 32202 on **Wednesday, November 9, 2011 at 1:30 PM** to consider and act upon the following matter:

TRUSTEE'S MOTION FOR TURNOVER OF
BANKRUPTCY ESTATE'S HOUSEHOLD GOODS AND FURNISHINGS AND
VEHICLES, (2) 2004 CHEVROLET SILVERADO PICK-UPS

and transact such other business as may properly come before the hearing.

1. <u>Appropriate Attire</u>. You are reminded that Local Rule 5072-1(b)(16) requires all persons appearing in court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

2. The hearing may be continued upon announcement made in open court without further notice.

3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

4. Due to heightened security procedures, persons must present photo identification to enter the Courthouse and arrive early.

Dated: September 13 2011

Gregory L. Atwater
Florida Bar No. 879134
Post Office Box 1865
Orange Park, FL 32067
(904) 264-2273
(904) 264-4316 (fax)
Trustee for the Estate

I HEREBY CERTIFY that a copy of the foregoing was furnished to the following, via U.S. Mail, postage prepaid, this 13 day of September, 2011:

Mr. and Mrs. James T. Ellis
Eugene H. Johnson, Esquire
Gregory L. Atwater, Trustee
Office of the U.S. Trustee

Gregory L. Atwater